UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LINDSEY TAYLOR TIPOGRAPH,

                    **Plaintiff,**              20-CV-09136 (MKV)(VF)

      -against-                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                    **Defendant.**

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 26, 2022, this case was reassigned to me for Social Security. Plaintiff's deadline to file a reply to the Commissioner's cross motion for Judgment on the Pleadings was April 22, 2022. Plaintiff may have until **May 12, 2022, at 5:00pm** to file a reply, otherwise the Court will consider this motion fully briefed.

**SO ORDERED.**

DATED:      New York, New York
                April 28, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge