**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

LINDSAY TAYLOR TIPOGRAPH,

                Plaintiff,                20 **CIVIL** 9136 (MKV)(VF)

    -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2022, the Court adopts the Report & Recommendation in its entirety. Ms. Tipograph's motion for judgment on the pleadings is DENIED. The Commissioner's cross motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                      **RUBY J. KRAJICK**
                                        Clerk of Court
                    **BY:**
                                        **Deputy Clerk**